Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

| | | |
|---|---|---|
| Wade Joseph E. | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| Department of Veteran Affairs | ) | FILED BY_____D.C. |
| | ) | |
| | ) | JAN 13 2023 |
| _____ | ) | ANGELA E. NOBLE |
| *Defendant(s)* | ) | CLERK U.S. DIST. CT. |
| *(Write the full name of each defendant who is being sued. If the* | ) | S. D. OF FLA. - MIAMI |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Wade Joseph E. |
| Address | 5025 N.W.15TH. Ave. |

| | | |
|---|---|---|
| MIAMI | Fl | 33142 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Dade |
| Telephone Number | 786 587-7578 |
| E-Mail Address | jew5025@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sea Lock Brody |
| Job or Title *(if known)* | VA. Police |
| Address | 1201 N.W. 16TH. STREET |

| | | |
|---|---|---|
| Miami | Fl | 33125 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Dade |
| Telephone Number | 305 575-7000 |
| E-Mail Address *(if known)* | brody.sealock@va.gov |

[✓] Individual capacity          [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jimmy Sotto |
| Job or Title *(if known)* | VA. Police |
| Address | 1201 N.W. 16TH. ST. |

| | | |
|---|---|---|
| Miami | Fl | 33125 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Dade |
| Telephone Number | 305 575-7000 |
| E-Mail Address *(if known)* | sotto.jimmy@va.gov |

[✓] Individual capacity          [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

                      *City*           *State*           *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                      *City*           *State*           *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☑ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☑ Federal officials (a *Bivens* claim)

        ☐ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 5th. amendment, 12thy. amendment, 14th. amendment

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Only to be utilized as an individual basis, as under federal torts claims act already provides remedies
1.Freedom of speech by direct way of following VA. Policy in making disclosures,
2.DeprivingPlantiff, of his fifth Amendment rights and due process under the law similar to civil rights
claimsunder 42 USC. Section 1983 or under imply a right of action

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

All of the defendants iunder conspiracy to the same to be charged individually to prevent the same crime for happening to another individual.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

The Bruce W. Carter medical center 1201 N.W. 16TH. ST. Miami, Fl. 33125

B.      What date and approximate time did the events giving rise to your claim(s) occur?

2018- to 03/22/2022

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

All of the defendants, entered into multiple counts of conspiracy, whistle blower retaliation, resulting in the wrongful termination of the Plantiff. These illegal (PPP) Personnel Prohibited Pratices, were strategically utilized to carry out their henous plot to fruition, and violate the Civil Rights of the Plantiff. The entire facility and individuals within engineering, and houskeeping wittnessed the unfair treatment the Plantiff was sujected to on a daily basis.All parties had an equal part in the conspiracy which was inflicted with extreme prejudice, malice, snd ill intent.Other employ who made disclosures were treated inaa similar fashion, or exposed to unethical practices.2018-to 03/22/2022. prevassive, enduring, with detremental and ligering effects, which violate a litany of VA. Directives 0700, 5021, ethical practices, and (ICARE), values.Both defendants, utilized the poweer of their office for personnel gain, and to suject the Plantiff to henious criminal action and cover up their failure to take corrective action in exposing a drug trafficking ring at the medical facility even after they had full knowledge of its exsistance, further exposing Veteran's, and the general public to direct danger to public safety.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Physical assult, by disruptive employees, exposure to bullying, hostile working environment, and violent acts often utilized to establish or discribe act of terrorism on American soil, increased documented rise in mental health, and elevation in medication. and treatment, ultimately leading to an award or ruling of 100% total disability rating. perminant totally disable, MIGRAINE HEADACHES, PTSD. sustained by review of medical treatment record.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The plaintiff is seeking that the court compels the defendant to perform a certain act or refrain from a certain act. Common types of equitable relief are injunctions, specific performance, or vacatur.

Aditionaly remedy resulting from a claim of estoppel.  remedies for legal actions seeking monetary damages,in direct accordance with applicable law, and established table of penalities which fit the degree of seriouness with direct regards to crimes commited, under a determination of reasonable doubt.
Immediate reinstatement, from wrongful terminationbrought into fruition by their conspiracy to submit fraudulant information in (ROI).

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/11/2023

Signature of Plaintiff      _Joseph Emanuel Wade_

Printed Name of Plaintiff

### B.     For Attorneys

Date of signing:

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Address                     _____

                            _____  _____  _____
                            City              State    Zip Code

Telephone Number            _____

E-mail Address              _____